# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| ALICE J. SPENCER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 9:21-CV-67-TH |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE REGARDING DEFENDANT'S MOTION TO REMAND

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The court received and considered the Report and Recommendation of the United States Magistrate Judge Regarding Defendant's Motion to Remand pursuant to such order, along with the record and pleadings. The Defendant's motion is unopposed, and no objections to the report and recommendation were filed by the parties.

The court finds that the findings of fact and conclusions of law of the United States magistrate judge are correct and the report and recommendation is **ADOPTED**. A Final Judgment will be entered separately remanding this action to the Commissioner for rehearing under the fourth sentence of 42 U.S.C. § 405(g).

**SIGNED** this the 14 day of **February, 2022.**

_____
Thad Heartfield
United States District Judge